# United States District Court
## Southern District of Georgia

Aaron Webb,

Plaintiff,

v.

Warden Marty Allen,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:18-cv-57

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order entered on August 1, 2019, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. The Court DISMISSES without prejudice Plaintiff's Complaint for failure to exhaust his administrative remedies. This case is CLOSED, and Plaintiff's leave to appeal in forma pauperis is DENIED.

Approved by: _____

August 9, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk